AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

ANTHONY BUZZELLI AND LORRAINE BUZZELLI,

*Plaintiff(s)*

v.                                               Civil Action No.   2:20-cv-425

NOVARTIS PHARMACEUTICALS CORPORATION,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Novartis Pharmaceuticals Corporation
1 Health Plaza,
East Hanover, NJ 07936

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   W. Steven Berman, Esq.
NAPOLI SHKOLNIK PLLC
1 Greentree Centre
10,000 Lincoln Drive East
Marlton, NJ 08053
T: (212) 397-1000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

03/27/2020                                                           *Edward Taylor*

Date                                                                  Signature of Clerk or Deputy Clerk