IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY BUZZELLI and LORRAINE BUZZELLI, <br><br> Plaintiffs, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Defendant. | CIVIL ACTION No. 2:20-cv-000425-AJS <br><br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

KINDLY enter my appearance on behalf of defendant, NOVARTIS PHARMACEUTICALS CORPORATION, in the above-captioned matter.

        Respectfully submitted,

        JonesPassodelis, PLLC


        By:   /S/Constantine J. Passodelis
             CONSTANTINE J. PASSODELIS, ESQUIRE
             PA I.D. #65872
             Email:  dpassodelis@jonespassodelis.com

        Gulf Tower, Suite 3410
        707 Grant Street
        Pittsburgh, PA  15219
        (412)  315-7272
        (412)  315-7273 – FAX

        Counsel for Defendant,
        NOVARTIS PHARMACEUTICALS CORPORATION

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been forwarded to all counsel of record by:

| | |
|---|---|
| \_\_\_\_\_ | U.S. First Class Mail, Postage Paid |
| \_\_\_\_\_ | Hand Delivery |
| \_\_\_\_\_ | Certified Mail, Return Receipt Requested |
| \_\_\_\_\_ | Facsimile Transmittal |
| \_\_\_\_\_ | VIA E-Mail |
| \_\_\_\_\_ | UPS Delivery |
| \_\_X\_\_ | Electronic Filing / Service |

at the following address:

> W. Steven Berman, Esquire
> Napoli Shkolnik PLLC
> 1 Greentree Centre
> 10,000 Lincoln Drive East
> Marlton, NJ  08053
> *(Counsel for Plaintiffs)*

JonesPassodelis PLLC

Dated: April 23, 2020          By: /S/Constantine J. Passodelis
                                   CONSTANTINE J. PASSODELIS, ESQUIRE