IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY BUZZELLI and LORRAINE BUZZELLI, | CIVIL ACTION No. 2:20-cv-000425-AJS |
| Plaintiffs, | |
| v. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW L. REISSAUS

Andrew L. Reissaus, Esquire, undersigned counsel for Defendant Novartis Pharmaceuticals Corporation, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Novartis Pharmaceuticals Corporation, pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel has attached the Declaration of Andrew L. Reissaus, Esquire, filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

WHEREFORE, Defendant Novartis Pharmaceuticals Corporation respectfully request that this Honorable Court grant the within Motion for Admission *Pro Hac Vice* of Andrew L. Reissaus,

Esquire and enter an Order granting the *pro hac vice* admission of Andrew L. Reissaus, Esquire on behalf of the Defendant Novartis Pharmaceuticals Corporation in the above-captioned matter.

**JURY TRIAL DEMANDED**

        Respectfully submitted,

        HOLLINGSWORTH LLP

BY: _____
        Andrew L. Reissaus, Esquire
        (Applicant for admission *pro hac vice*)

        1350 I Street, N.W.
        Washington, DC  20005
        (202)898-5855
        areissaus@hollingsworthllp.com

        JonesPassodelis, PLLC
        Constantine J. Passodelis, Esquire
        PA I.D. No. 65872
        E-Mail: dpassodelis@jonespassodelis.com

        Gulf Tower, Suite 3410
        707 Grant Street
        Pittsburgh, PA  15219
        Phone:  (412) 315-7272
        Fax:  (412) 315-7273

        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following individuals on the date and in the manner indicated below:

      _____ U.S. First Class Mail

      _____ Hand Delivery

      \_\_\_\_\_ Certified Mail, Return Receipt Requested

      \_\_\_\_\_ Facsimile Transmittal

      \_\_\_\_\_ UPS Delivery

      \_\_\_\_\_ Electronic Mail

      \_\_X\_\_ VIA Electronic Filing / Service

at the following address:

> W. Steven Berman, Esquire
> Napoli Shkolnik PLLC
> 1 Greentree Centre
> 10,000 Lincoln Drive East
> Marlton, NJ  08053
> *(Counsel for Plaintiffs)*

      HOLLINGSWORTH LLP

Dated: May 21st, 2020      By: _____
      ANDREW L. REISSAUS, ESQUIRE

{W0187514.1}