IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY BUZZELLI and LORRAINE BUZZELLI, | CIVIL ACTION No. 2:20-cv-000425-AJS |
| Plaintiffs, | |
| v. | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF ROBERT JOHNSTON

Robert Johnston, Esquire, undersigned counsel for Defendant Novartis Pharmaceuticals Corporation, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Novartis Pharmaceuticals Corporation, pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel has attached the Declaration of Robert Johnston, Esquire, filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

WHEREFORE, Defendant Novartis Pharmaceuticals Corporation respectfully request that this Honorable Court grant the within Motion for Admission *Pro Hac Vice* of Robert Johnston,

{W0187516.1}

Esquire and enter an Order granting the *pro hac vice* admission of Robert Johnston, Esquire on behalf of the Defendant Novartis Pharmaceuticals Corporation in the above-captioned matter.

**JURY TRIAL DEMANDED**

Respectfully submitted,

HOLLINGSWORTH LLP

BY: _____
Robert Johnston, Esquire
(Applicant for admission *pro hac vice*)

1350 I Street, N.W.
Washington, DC  20005
(202)898-5845
rjohnston@hollingsworthllp.com

JonesPassodelis, PLLC
Constantine J. Passodelis, Esquire
PA I.D. No. 65872
E-Mail: dpassodelis@jonespassodelis.com

Gulf Tower, Suite 3410
707 Grant Street
Pittsburgh, PA  15219
Phone:  (412) 315-7272
Fax:  (412) 315-7273

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following individuals on the date and in the manner indicated below:

_____ U.S. First Class Mail

_____ Hand Delivery

\_\_\_\_\_ Certified Mail, Return Receipt Requested

\_\_\_\_\_ Facsimile Transmittal

\_\_\_\_\_ UPS Delivery

\_\_\_\_\_ Electronic Mail

\_\_X\_\_ VIA Electronic Filing / Service

at the following address:

W. Steven Berman, Esquire
Napoli Shkolnik PLLC
1 Greentree Centre
10,000 Lincoln Drive East
Marlton, NJ  08053
*(Counsel for Plaintiffs)*

HOLLINGSWORTH LLP

Dated: May 21st, 2020                    By: _____

ROBERT JOHNSTON, ESQUIRE